UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW JOHNS,<br><br>　　　　　Defendant. | Case No. 1:15-CR-0125-AWI-BAM<br><br>**ORDER OF RECUSAL AND VACATING HEARING DATES** |

　　Pursuant to 28 U.S.C. Section 455, disqualification of the magistrate judge to whom this case is presently assigned is appropriate in this matter.

　　IT IS THEREFORE ORDERED, that the undersigned recuses herself from all proceedings in this present action.

IT IS SO ORDERED.

Dated:　**May 15, 2015**　　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE