**FILED**

MAY 15 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00125 AWI BAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| MATTHEW JOHNS, | |
| Defendant. | |

It has come to the attention of the court that the undersigned judge is personally acquainted with a witness in this case. The undersigned judge is satisfied that any such personal acquaintanceship would not affect his impartiality or the outcome of the case. Nonetheless, the undersigned judge concludes that because of this personal acquaintanceship, under 28 U.S.C. § 455(a), his impartiality might reasonably be questioned.

THEREFORE, IT IS ORDERED that the undersigned judge RECUSES himself from all proceedings in this case.

Dated: May 15, 2015                              _____

Anthony W. Ishii

Senior United States District Judge

1