UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW JOHNS,<br><br>    Defendant. | No.  1:15-cr-00125-AWI-BAM<br><br><br>**ORDER** |

      On May 7, 2015, Defendant Matthew Johns was indicted for threatening to murder a United States judge in violation of 18 U.S.C. § 115(a)(1)(B).  The target of Defendant's alleged threats was a magistrate judge serving in this district.  Given that, the impartiality of the district and magistrate judges in the Eastern District might reasonably be questioned.  Accordingly, the assigned district and magistrate judge have each issued orders recusing themselves from hearing this case.  In addition, I certify that each and every other judge in this district has been offered this case, and all have refused to take it.  Therefore, on the Court's own motion and pursuant to the <u>Code of Conduct for United States Judge</u>, Canons 2 and 3, in order to avoid the appearance of impropriety, and because a judge has a duty to disqualify him or herself if his or her impartiality could be reasonably questioned, whether or not such impartiality actually exists, the Court recuses itself from the above-captioned case.  <u>See</u> 28 U.S.C. § 455(a).

Accordingly, all District and Magistrate Judges in the Eastern District of California are RECUSED from hearing case number 1:15-cr-00125 and all related matters.  This matter is REFERRED to Chief Judge Sidney Thomas, of the United States Court of Appeals for the Ninth Circuit, for the assignment to a judge other than from the Eastern District of California to sit by designation and hear case number 1:15-cr-00125 and all related matters.

   IT IS SO ORDERED.

Dated:  May 19, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8           **EXHIBIT A**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED

MAY 15 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00125 AWI BAM |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| MATTHEW JOHNS, | |
| Defendant. | |

It has come to the attention of the court that the undersigned judge is personally acquainted with a witness in this case. The undersigned judge is satisfied that any such personal acquaintanceship would not affect his impartiality or the outcome of the case. Nonetheless, the undersigned judge concludes that because of this personal acquaintanceship, under 28 U.S.C. § 455(a), his impartiality might reasonably be questioned.

THEREFORE, IT IS ORDERED that the undersigned judge RECUSES himself from all proceedings in this case.

Dated: May 15, 2015

_____
Anthony W. Ishii
Senior United States District Judge

1

**EXHIBIT B**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW JOHNS,<br><br>　　　　　Defendant. | Case No. 1:15-CR-0125-AWI-BAM<br><br>**ORDER OF RECUSAL AND VACATING HEARING DATES** |

　　Pursuant to 28 U.S.C. Section 455, disqualification of the magistrate judge to whom this case is presently assigned is appropriate in this matter.

　　IT IS THEREFORE ORDERED, that the undersigned recuses herself from all proceedings in this present action.

IT IS SO ORDERED.

　Dated: __May 15, 2015__　　　　　　　　　/s/ _Barbara A. McAuliffe_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE