UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MATTHEW JOHNS,<br><br>　　　　　　Defendant. | No. 1:15-CR-0125-SAB-1<br><br>ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

**IT IS HEREBY ORDERED:**

1.  The Government's Petition for Writ of Habeas Corpus Ad Prosequendum (ECF No. 8) is **GRANTED**.

2.  A Writ of Habeas Corpus Ad Prosequendum, pursuant to 28 U.S.C. § 2241(c)(5), shall issue as prayed for in the Petition.

3.  Defendant is to appear before the Honorable United States Magistrate Judge James P. Hutton in the Eastern District of California, Fresno Division, on **July 17, 2015** at **1:30 p.m.**, for an initial appearance **to be held by video conference.**

DATED July 13, 2015.

s/James P. Hutton
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 1