**FILED**

JUL 13 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 15-00125 |
| ) | |
| Plaintiff, ) | WRIT OF |
| ) | HABEAS CORPUS |
| v. ) | AD PROSEQUENDUM |
| ) | |
| MATTHEW JOHNS ) | |
| ) | |
| Defendant. ) | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF CALIFORNIA, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD,

GREETINGS:

WE COMMAND that you bring the body of defendant MATTHEW JOHNS, (CDCR number AI0199), now confined at Wasco State Prison, Wasco, California, before The Honorable United States Magistrate Judge James P. Hutton in the Eastern District of California, Fresno Division, on July 17, 2015, at 1:30 p.m., and from day to day thereafter, for purposes of initial appearance upon the charges pending against him in said United States District Court, and in the above-entitled and pending cause; and for final disposition at a later date; and to hold said Defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled cause in the United States District Court, as aforesaid, you return the Defendant to the institution where he was confined, under safe and secure conduct, under this Writ.

WITNESS The Honorable Judge James P. Hutton, United States Magistrate Judge, of the United States District Court for the Eastern District of Washington.

DATED at Fresno, California, this 13 day of July, 2015

CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

By: W. Kusamura

DEPUTY CLERK