# UNITED STATES DISTRICT COURT
# **EASTERN DISTRICT OF CALIFORNIA**
# **FRESNO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MATTHEW JOHNS,<br><br>                Defendant. | No. 1:15-CR-0125-SAB-1<br><br>ORDER FOLLOWING INITIALAPPEARANCE<br><br>☒      ACTION REQUIRED |

      At Defendant's July 17, 2015 Initial Appearance based on the Indictment, Defendant appeared, in custody, with attorney Marc J. Days specially appearing solely for the purposes of the Initial Appearance. Assistant U.S. Attorney Gary Fry represented the United States.

      Defendant is eligible for appointed counsel. Due to the potential conflict of interest with this District's Federal Defender's Office and the nature and circumstances of this case, Counsel shall be appointed from the Criminal Justice Act panel of attorneys in the Northern District of California. Defense expenses, including travel expenses of appointed counsel, shall be paid by CJA funds of the Eastern District of California.

      Defendant was advised of, and acknowledged his rights.

      Defense counsel orally motioned the Court to continue the Arraignment to July 23, 2015 to allow the Defendant the advice and assistance of appointed counsel. Accordingly, the Arraignment is scheduled for **Thursday, July 23, 2015 at 1:30 p.m. in Fresno by video conference before the undersigned.** Pending the hearing, Defendant shall be detained in the custody of the United States Marshal

ORDER - 1

1  and produced for the hearing or until further order of the Court.

2      The Government orally motioned the Court for the Defendant's detention. The detention hearing will be held on **Thursday, July 23, 2015 at 1:30 p.m. in Fresno**. However, U.S. Probation Office personnel **shall not** prepare a Pretrial Service Report until directed by the Court and after notifying defense counsel. Defense counsel may request the preparation of a Pretrial Services Report in advance of Thursday's hearing by filing a written request and emailing a courtesy copy to HuttonOrders@waed.uscourts.gov.

    **IT IS SO ORDERED.**

    DATED July 17, 2015.


                      s/James P. Hutton
                        JAMES P. HUTTON
            UNITED STATES MAGISTRATE JUDGE

ORDER - 2