1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>vs.<br>MATTHEW JOHNS,<br>                    Defendant. | No. 1:15-CR-0125-SAB-1<br><br>APPOINTMENT ORDER<br><br>☒     ACTION REQUIRED |

   IT IS ORDERED that Criminal Justice Act attorney Paul F. DeMeester, 1592 Union St., #386, San Francisco CA 94123 ((415) 305-7280) is appointed to represent Matthew Johns in this matter.  The Clerk of the Court shall update the docket sheet to reflect this appointment and provide copies of this Order to counsel.

   **IT IS SO ORDERED.**

   DATED July 17, 2015.

                    s/James P. Hutton
                    JAMES P. HUTTON
            UNITED STATES MAGISTRATE JUDGE

ORDER - 1