UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MATTHEW JOHNS,<br><br>        Defendant. | No. 1:15-CR-0125-SAB-1<br><br>ORDER ON ARRAIGNMENT<br><br>☒    ACTION REQUIRED |

At Defendant's July 23, 2015 Arraignment based on the Indictment, Defendant appeared, in custody, with assigned counsel Paul Demeester. Assistant U.S. Attorney Gary Fry represented the United States.

Defendant was advised of, and acknowledged, Defendant's rights.

Defendant, on Defendant's plea(s) of not-guilty, is bound over to the United States District Court for trial.

Defendant, personally and through counsel, waived the right to a bail hearing. The Government's oral Motion for Detention is GRANTED. Defendant shall be held in detention pending disposition of this case or until further order of the Court. Defendant may petition the Court to reopen the detention issue by written motion to amend and request for hearing, served upon the United States Attorney. Defendant is committed to the custody of the U.S. Marshal for

ORDER - 1

confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.

The U.S. Probation Office personnel shall prepare a Pretrial Services Report, limited to criminal history, and without interviewing Defendant.

The Court directs the parties to review Local Rule 440 governing discovery and other issues in this case.

http://www.caed.uscourts.gov/caednew/index.cfm/rules/local-rules/.

**IT IS SO ORDERED.**  The Clerk of the Court is directed to enter this Order and provide copies to counsel and U.S. Probation.

DATED July 23, 2015.

 _s/James P. Hutton
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 2