UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UN ITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW JOHNS,<br><br>　　　　Defendant. | No. 1:15-cr-00125-SAB<br><br>**ORDER SETTING PRETRIAL CONFERENCE AND TRIAL DATE** |

　　　A status conference was held on July 27, 2015, in Fresno, California. Defendant was present and represented by Paul F. DeMeester. The Government was represented by Gary G. Fry. Judge Bastian presided over the proceeding by video conference from Yakima, Washington.

　　　The purpose of the hearing was to continue the trial date at the request of the Defendant. This order memorializes the Court's oral ruling.

　　　Accordingly, **IT IS HEREBY ORDERED:**

　　　1.　The jury trial is **set** for **January 5, 2016**, at 9:00 a.m., in Fresno, California, in Courtroom 3. Counsel shall appear in the courtroom at 8:30 a.m. on the first day of trial. Jury selection will begin at 9:00 a.m.

　　　2.　The pretrial conference is **set** for **November 17, 2015**, at 1:30 p.m., in Fresno, California, in Courtroom 3.

　　　3.　All pretrial motions , including motions *in limine* and *Daubert* motions, shall be filed and served on or before October 27, 2015, and noted for hearing at

**ORDER** ~ 1

the pre-trial conference. Any response to a pre-trial motion shall be filed and served in accordance with Local Rules. If the Court determines an evidentiary hearing is appropriate, the Court will notify the parties of the date and time for such hearing.

    4. Counsel shall advise the Court regarding any dispositive change in the status of this case **at least 5 days prior to the pre-trial conference**. Any motion to continue the pre-trial conference or trial shall be filed at the earliest practicable opportunity, but no later than **seven (7) days prior to said proceeding**. Movant shall provide (1) specific and detailed reasons for the continuance to permit the Court to make the necessary findings; (2) if applicable, the Defendant's signed Speedy Trial waiver; (3) the position of all co-Defendants and opposing counsel; and (4) the proposed new date. Continuances are not granted absent good cause.

    5. Trial briefs, proposed voir dire, jury instructions, verdict forms, <u>exhibit lists, expert witness lists, and summaries of expert testimony</u> shall be filed and served by all parties on or before **seven (7) calendar days prior to trial**.

    6. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between July 27, 2015, the date of the status conference, until November 17, 2015, the new trial date, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act for both defendants. The Court finds that the ends of justice served by such a continuance outweigh the interests of the public and the Defendant in a speedy trial.

    **IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

    **DATED** this 29th day of July, 2015.

_____
Stanley A. Bastian
United States District Judge

**ORDER** ~ 2