# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　　　v.<br>MATTHEW JOHNS,<br>　　　　Defendant. | No. 1:15-cr-00125-SAB<br><br>**ORDER SETTING PRETRIAL CONFERENCE AND STRIKING TRIAL DATE** |

　　The arraignment on the superseding indictment and the pretrial conference was held on November 17, 2015, in Fresno, California. Defendant was present and represented by Paul F. DeMeester. The Government was represented by Gary G. Fry.

　　At the hearing, the parties indicated they are working on plea negotiations and asked the Court to strike the trial date. This order memorializes the Court's oral ruling.

　　Accordingly, **IT IS HEREBY ORDERED:**

　　1.　The jury trial **set** for **January 5, 2016** is **stricken**.

　　2.　A pretrial conference/change of plea hearing is **set** for **January 5, 2016**, at 1:30 p.m., in Fresno, California.

///

///

///

**ORDER SETTING PRETRIAL CONFERENCE AND STRIKING TRIAL DATE** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2  file this Order and provide copies to counsel.
3  **DATED** this 1st day of December, 2015.

_____
Stanley A. Bastian
United States District Judge

**ORDER SETTING PRETRIAL CONFERENCE AND STRIKING TRIAL DATE** ~ 2