UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　　v.<br>MATTHEW JOHNS,<br>　　　　Defendant. | No. 1:15-cr-00125-SAB<br><br>**ORDER RESETTING CHANGE OF PLEA HEARING; EXCLUDING TIME** |

　　　　Before the Court is the parties' Stipulation to Reset Change of Plea Hearing to February 24, 2016 and to Exclude Time, ECF No. 27. Defendant is represented by Paul F. DeMeester. The Government is represented by Gary G. Fry.

　　　　The parties indicate they need more time to finalize a plea agreement. The Court finds good cause exists to grant the motion. In addition, the Court finds the exclusion of time under the Speedy Trial Act is necessary to assure Defendant with the continuity of counsel, to allow for the effective preparation of defense counsel, and to allow the Court to consider the proposed plea agreement.

　　　　Accordingly, **IT IS HEREBY ORDERED:**

　　　　1.　The pretrial conference/change of plea hearing set for January 5, 2016, is **continued** to **February 24, 2016**, at 1:30 p.m., in Fresno, California.

　　　　2.　Pursuant to 18 U.S.C. § 3161(h)(1)(G), (7)(A) & (7)(B)(iv), the time between January 5, 2016, until February 24, 2016, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act. The

**ORDER RESETTING CHANGE OF PLEA HEARING; EXCLUDING TIME** ~ 1

Court finds that the ends of justice served by such a continuance outweigh the interests of the public and Defendant in a speedy trial.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 4th day of January, 2016.

_____
Stanley A. Bastian
United States District Judge

**ORDER RESETTING CHANGE OF PLEA HEARING; EXCLUDING TIME** ~ 2