UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>     v.<br><br>MATTHEW JOHNS,<br><br>               Defendant. | No.   1:15-cr-00125-SAB<br><br>ORDER ACCEPTING PLEA |

On February 24, 2016, Defendant appeared before the Court and entered a plea of guilty to Count 1 and 2 of the Superseding Information filed the same day, charging him with Threatening to Murder and Assault a United States o Official; and Threatening to Murder and Assault a United States Judge, in violation of 18 U.S.C. § 115(a)(1)(B). Defendant was represented by Paul F. DeMeester. The government was represented by Assistant United States Attorney Gary G. Fry.

The Court finds that Defendant is fully competent and capable of waiving his right to Indictment and entering an informed plea, that he is aware of the nature of the charges and consequences of the plea, and the plea of guilty is knowing and voluntary, is not induced by fear, coercion, or ignorance and is supported by an independent basis in fact establishing each of the essential elements of the crime. Therefore, Defendant's plea of guilty is accepted.

Accordingly, **IT IS ORDERED**:

1. Defendant's plea of guilty is accepted.
2. All pending pretrial motions, if any, are **DENIED AS MOOT**.

ORDER ACCEPTING PLEA ~ 1

3. All previously set court dates, including the trial date, are **STRICKEN**.

4. The date for the sentencing hearing will be scheduled at a later time. Pending sentencing Defendant shall be **DETAINED** pursuant to this Court's previous Order.

5. Due to the nature of the charges and the fact that the judicial officers in the Eastern District of California have been recused from the case, the United States Probation Office for the Eastern District of Washington will be responsible for preparing the Presentence Investigation Report.

6. The Court will issue an order setting out the deadlines for preparing the report and filing objections and sentencing memoranda after the sentencing hearing has been set.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** the United States Probation Office for the Eastern District of California and the United States Probation Office for the Eastern District of Washington.

**DATED** this 24th day of February, 2016.

_____
Stanley A. Bastian
United States District Judge

ORDER ACCEPTING PLEA ~ 2