IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br> vs.<br><br>Matthew Johns,<br><br>    Defendant. | Case No.  1:15-CR-00125-RC<br><br>ORDER |

  The Court has considered the defendant's Motion to Continue Admit Deny hearing, and there being no objection,

  IT IS ORDERED the Admit Deny hearing scheduled on December 10, 2024 at 9:40 a.m. is CONTINUED to December 20, 2024 at 9:40 a.m. before Magistrate Judge Bruce G. Macdonald.

             Dated this 5th day of December 2024

             _____
             Honorable Bruce G. Macdonald
             United States Magistrate Judge