UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

☒ FILED    ☐ LODGED
**Dec 20 2024**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| United States of America | Case Number: 1:15-CR-00125-RC-1 (EDCA) |
|---|---|
| v. | **CONSENT OF DEFENDANT AND ORDER OF REFERRAL** |
| Matthew Johns | (Supervised Release/Probation Violation) |

## ORDER OF REFERRAL

Defendant Matthew Johns having requested ☒ to enter an admission(s) or ☐ an evidentiary hearing regarding revocation and having consented to go forward with that proceeding before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge Bruce G. Macdonald to make findings as follows:

That the Defendant, (1) is competent; (2) understands the violation allegation(s); and **in the event the Defendant chooses to enter an admission,** (3) the Defendant knowingly and voluntarily wishes to make the admission(s); and (4) there exists a factual basis for the admission(s).

If the Defendant chooses to admit the allegation(s), the Magistrate Judge is to make a recommendation as whether the admission should be accepted by the District Court.

SO ORDERED:

_____
Honorable Raner C. Collins
Senior United States District Judge

## CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with ☐ my admission(s) or ☐ evidentiary hearing re revocation before the United States Magistrate Judge.

I consent to the above referral

_for Mr. Johns w/ permission_

Defendant

_____
Counsel for Defendant

**Matthew Chang**
Digitally signed by Matthew Chang
Date: 2024.12.20 09:25:50 -08'00'
_____
Assistant U.S. Attorney

Dated this 20th day of December, 2024.