# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Matthew Johns,<br><br>　　　　Defendant. | No. 1:15-CR-00125-RC-1(EDCA)<br><br>**ORDER**<br>Adopting Magistrate's Findings and Recommendation Upon Admission |

　　The District Court has reviewed the Findings and Recommendation of the Magistrate Judge (Doc. # ) and no objections have been filed. Therefore, IT IS ORDERED the Findings and Recommendation of the Magistrate Judge are adopted, and this Court accepts the admission of the defendant Matthew Johns.

　　Dated this 6th day of January, 2025.

_____
Honorable Raner C. Collins
Senior United States District Judge