# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Matthew Johns** | No.  1:15-CR-00125-RC-1(EDCA)<br><br>**JUDGMENT AND COMMITMENT**<br>**REVOCATION OF SUPERVISED RELEASE**<br><br>Peter Anastasius Matiatos (AFPD)<br>Attorney for Defendant |

USM#:72672-097

On 06/29/2019 the defendant, present with counsel, appeared for sentencing in the Eastern District of California for violating, Count 1:Title 18, U.S.C. §115(a)(1)(B) Threatening to Murder a United States Official (Class C Felony); and Count 2: Title 18, U.S.C. §115(b)(1)(B) Threatening to Murder a United States Judge (Class C Felony) , as charged in the Information.

      Original Sentence: 30 months as to Counts One and Two to be served consecutively for a total term of 60 months Bureau of Prisons to run consecutively to the sentence imposed in Kern County Superior Court case number BF159994A; 36-month term of Supervised Release as to Counts One and Two to be served concurrently for a total of 36 months.

On 10/23/2024 the United States Probation Office filed a Petition for Summons to revoke the term of Supervised Release.

On 11/07/2024 the United States Probation Office filed a Superseding Petition to revoke the term of Supervised Release.

On 12/20/2024 the defendant appeared by video conference with assistance of counsel and admitted allegation 1 as reflected in the superseding petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 06/29/2019 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **FOURTEEN (14) MONTHS.** No term of supervised release imposed.

**IT IS FURTHER ORDERED** that all remaining allegation 2 is dismissed.

The Court affirms any previous order imposing special assessment, fine or restitution in this case.

**1:15-CR-00125-RC-1(EDCA)**                                                      Page 2 of 2
USA vs. Matthew Johns

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

**The defendant previously waived the right to appeal.**

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence:  **Tuesday, January 21, 2025**

       Dated this 21st day of January, 2025.

_____
Honorable Raner C. Collins
Senior United States District Judge

CR-22-01864-001-TUC-RCC (MSA) - Johns          1/21/2025